| | | |
|---|---|---|
| **CARLY DOE** | * | **NO. 2023-C-0094** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **KEITHAN RAYFORD,** | * | **FOURTH CIRCUIT** |
| **KEEGAN RAYFORD,** | | |
| **MARCUS EVANS, CJ PEETE I,** | * | **STATE OF LOUISIANA** |
| **LLC, MCCORMACK BARON** | | |
| **MANAGEMENT, INC.,** | * | |
| **HARMONY NEIGHBORHOOD** | | |
| **DEVELOPMENT, INC. D/B/A** | * | |
| **"HARMONY OAKS** | * * * * * * * | |
| **APARTMENTS", HOUSING** | | |
| **AUTHORITY OF NEW** | | |
| **ORLEANS, AISHA DUNIVER,** | | |
| **ABC INSURANCE COMPANY,** | | |
| **DEF INSURANCE COMPANY,** | | |
| **AND XYZ INSURANCE** | | |
| **COMPANY** | | |

*SCJ*

**JENKINS, J., DISSENTS WITH REASONS**

I respectfully dissent. Based upon my review of the writ application and applicable Louisiana law, I would deny relators' writ.